**In re AIR CRASH DISASTER NEAR NEW ORLEANS, LOUISIANA ON JULY 9, 1982.**

**Louis Alberto TRIVELLONI–LORENZI and Susana Electra Trivelloni-Lorenzi, Plaintiffs-Appellees,**

v.

**PAN AMERICAN WORLD AIRWAYS, INC., et al., Defendants-Appellants.**

**Ernesto Serio PAMPIN LOPEZ, Individually and as Administrator of the Estate of His Deceased Mother Sara E. Lopez De Pampin, Plaintiff-Appellee,**

v.

**PAN AMERICAN WORLD AIRWAYS, INC. and United States of America, Defendants-Appellants.**

Nos. 84–3832, 84–3833.

United States Court of Appeals, Fifth Circuit.

July 8, 1986.

Deutsch, Kerrigan & Stiles, Francis G. Weller, Frederick R. Bott, Darrell K. Cher-

ry, Robert E. Kerrigan, Jr., New Orleans, La., for defendants-appellants.

Stephen B. Murray, Romualdo Gonzalez, Patricia R. Murray, New Orleans, La., for plaintiffs-appellees.

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.

## ON PETITIONS FOR REHEARING AND SUGGESTIONS FOR REHEARING EN BANC

(Opinion May 7, 1986, 5 Cir., 1986, 789 F.2d 1092)

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.